In the Matter of MARY P. KELLEY, Appellant, v KATRINA LAZORE-CAMELO et al., Respondents. (Appeal No. 1.) [932 NYS2d 757]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.

In the Matter of KATRINA CAMELO, Respondent, v DIANE KELLEY et al., Respondents, and MARY KELLEY, Appellant. JOHN G. KOSLOSKY, ESQ., Attorney for the Child ARIAH C., et al., Appellants. (Appeal No. 2.) [932 NYS2d 416]—

Now, upon reading and filing the affirmation of Abbie Goldbas, Attorney for the Child Santino C., dated August 4, 2011 withdrawing said appeal,

It is hereby ordered that said appeal taken by the Attorney for the Child Santino C. is unanimously dismissed and the order is otherwise affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.